Form 3

# UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| Sunland Trading, Inc. | |
| **Plaintiff,** | **SUMMONS** |
| v. | **Case No. 22-00192** |
| UNITED STATES | |
| **Defendant.** | |

**TO**: The Attorney General, the U.S. Department of Commerce, Customs & Border Protection, and the United States International Trade Commission:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

/s/ Mario Toscano
Clerk of the Court

1. **Name and Standing of Plaintiffs**: Plaintiff is an interested party, as defined in 19 U.S.C. § 1677(9)(A), who actively participated in the contested investigation. Plaintiff is a U.S. importer of raw honey from Vietnam that was the subject of the investigation leading to the final affirmative critical circumstances determination implemented in the antidumping duty order being contested.

2. **Brief Description of Contested Determination**: Plaintiff is contesting the final determination of the U.S. International Trade Commission in its investigation of Raw Honey from Vietnam, Inv. No. 701-TA-1564 (Final), which included an affirmative determination of critical circumstances regarding imports of raw honey from Vietnam, thus leading to the Department of Commerce in its final antidumping duty order regarding raw honey from Vietnam to instruct Customs that "retroactive duties will be applied to the relevant imports for a period of 90 days prior to the suspension of liquidation" with regard to imports of raw honey from Vietnam. The appeal solely concerns the affirmative critical circumstances determination of the International Trade Commission regarding raw honey from Vietnam.

3. **Date of Determination**: The Commission's determination of affirmative critical circumstances was published on June 3, 2022, 87 Fed. Reg. 33,831 (June 3, 2022), and implemented in the antidumping duty order regarding Raw Honey from Vietnam published on June 10, 2022. *See* "Raw Honey From Argentina, Brazil, India, and the

Socialist Republic of Vietnam: Antidumping Duty Orders," 87 Fed. Reg. 35,501 (June 10, 2022). Plaintiffs timely file this summons within thirty days of the "date of publication in the Federal Register of … an antidumping or countervailing duty order based upon" the final affirmative determination by the Commission of critical circumstances regarding imports of raw honey from Vietnam, as required under 19 U.S.C. § 1516a(a)(2)(A)(i)(II).

4.  **Date of Publication in Federal Register of Notice of Contested Determination**: The above-referenced Order regarding imports of raw honey from Vietnam was published in the Federal Register on June 10, 2022. *See* 87 Fed. Reg. 35,501 (June 10, 2022).

**Name, Address, Telephone Number, and Email Address of Plaintiff's Attorney**

*/s/ Gregory Husisian*
Signature of Plaintiffs' Attorney

07/07/2022
Date

Gregory Husisian, Foley & Lardner LLP
3000 K Street NW Suite 600
Washington, DC 20007
202-945-6149
ghusisian@foley.com

## SERVICE OF SUMMONS BY THE CLERK

This is an action described in 28 U.S.C. § 1581(c) to contest a determination listed in section 516A(a)(2) of the Tariff Act of 1930, as amended (19 U.S.C. § 1516a(a)(2)). Pursuant to Rule 3(a)(2), this action is commenced by filing a summons only. Pursuant to Rules 4(a)(1) and (4), the Clerk of the Court is requested to make service of the summons on each of the following named defendants:

**UPON THE UNITED STATES:**

Justin Miller
Attorney-in-Charge
**International Trade Field Office**
National Courts Section
Commercial Litigation Branch
**U.S. Department of Justice**
26 Federal Plaza, Room 346
New York, NY 10278

Jeanne Davidson, Director
Attorney-in-Charge
Civil Division
**Commercial Litigation Branch**
**U.S. Department of Justice**
1100 L Street, NW
Washington, DC 20530


**UPON THE UNITED STATES**
**INTERNATIONAL TRADE COMMISSION:**

Lisa R. Barton
Secretary to the Commission
**U.S. International Trade Commission**
500 E Street SW
Washington, DC 20436

**UPON THE UNITED STATES**
**DEPARTMENT OF COMMERCE:**

Michelle O. McClelland
Assistant General Counsel for Administration and Transaction
**U.S. Department of Commerce**
Mail Stop 5875 HCHB
14th and Constitution Avenue,
Washington DC 20230

Robert Heilferty
Chief Counsel for Enforcement and Compliance
Office of the Chief Counsel for Trade
Enforcement and Compliance
**International Trade Administration**
**U.S. Department of Commerce**
1401 Constitution Avenue, NW
Washington, DC 2023

PUBLIC CERTIFICATE OF SERVICE

I hereby certify that the foregoing submission filed on July 7, 2022 was served on this 7th day of July 2022, via e-mail on the following parties:

| | |
|---|---|
| Julie C. Mendoza, Esq.<br>Morris, Manning & Martin, LLP<br>1401 Eye Street, NW Suite 600<br>Washington, DC 20005<br>jmendoza@mmmlaw.com<br>tradeservice@mmmlaw.com<br><br>Gregory J. Spak, Esq.<br>White & Case<br>701 Thirteenth Street, NW<br>Washington, DC 20005<br>gspak@whitecase.com<br>apotrade@whitecase.com<br><br>Minister Pablo Rodriguez Brizuela<br>Embassy of the Republic of Argentina<br>1600 New Hampshire Ave, NW Washington, DC 20009<br>eeeuu@mrecic.gov.ar<br><br>Aluisio Gomien de Lima Carmpos,<br>Economic Advisor Embassy of Brazil<br>3006 Massachusetts Avenue, N.W.<br>Washington, DC 20008<br>Aluisio.Campos@itamaraty.gov.br | R. Alan Luberda, Esq.<br>Kelley Drye & Warren LLP<br>Washington Harbour Suite 400<br>3050 K Street, NW<br>Washington, DC 20007<br>aluberda@kelleydrye.com<br>tradenotifications@kelleydrye.com<br><br>Daniel J. Cannistra, Esq.<br>Crowell & Moring LLP<br>1001 Pennsylvania Ave., N.W.<br>Washington, D.C. 20004-2595<br>dcannistra@crowell.com<br>intltrade@crowell.com<br><br>Richard Ferrin<br>Faegre Drinker Biddle Reath LLP<br>1500 K Street, NW<br>Washington, D.C. 20005<br>Richard.ferrin@faegredrinker.com<br><br>Jeffrey S. Neeley<br>Husch Blackwell<br>750 17th Street, NW Suite 900<br>Washington, DC 20006<br>jeffrey.neeley@huschblackwell.com |

Gregory Husisian
Foley & Lardner LLP
3000 K Street NW
Washington, DC 20007
July 7, 2022